UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

                Plaintiff,

      v.

ROBERT M. STEWART,

                Defendant.

Case No. 20-cv-06801-JST

**ORDER TO SHOW CAUSE**

The parties have failed to comply with the Court's order to file, by July 27, 2021, a notice of settlement, notice of mediation, or joint statement explaining why neither notice could be filed. ECF No. 24. Plaintiff is ordered to show cause in writing by August 6, 2021, as to why this case should not be dismissed for failure to prosecute. Failure to file a timely response to this order to show cause will result in dismissal of this case with prejudice.

      **IT IS SO ORDERED.**

Dated:  July 30, 2021



_____
JON S. TIGAR
United States District Judge