UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

          Plaintiff,

  v.

ROBERT M. STEWART,

          Defendant.

Case No. 20-cv-06801-JST

**ORDER DISMISSING CASE**

On July 13, 2021, the Court ordered the parties to file a notice of settlement, notice of need for mediation, or "joint status report explaining why they cannot do so, by July 27, 2021." ECF No. 24. Nothing was filed. On July 30, 2021, the Court ordered Plaintiff Scott Johnson "to show cause in writing by August 6, 2021, as to why this case should not be dismissed for failure to prosecute" and explained that "[f]ailure to file a timely response to this order to show cause will result in dismissal of this case with prejudice." ECF No. 25.

Johnson did not file a response to the order to show cause. Accordingly, this case is dismissed with prejudice. The Clerk shall enter judgment and close the file.

**IT IS SO ORDERED.**

Dated: August 10, 2021

_____
JON S. TIGAR
United States District Judge